THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 2:99-cr-00122-MR-DLH-8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TIMOTHY E. McENTIRE, JR., ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> FONTANA VILLAGE, INC., ) <br> ) <br> Garnishee. ) <br> _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Writ of Continuing Garnishment [Doc. 350].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Dismissal [Doc. 350] is **GRANTED**, and the Writ of Continuing Garnishment filed in this case against the Defendant Timothy E. McEntire, Jr., is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: September 19, 2016

Martin Reidinger
United States District Judge